UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM THOMAS CHAMPION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 4:08-cv-0001189-WRW |
| ) | |
| COCA-COLA ENTERPRISES INC., ) | Judge Wilson/Cavaneau |
| ) | |
| Defendant. ) | |

## STIPULATION AND AGREED ORDER OF REFERRAL TO ARBITRATION AND STAY OF FURTHER PROCEEDINGS

Plaintiff William Thomas Champion and Defendant Coca-Cola Enterprises Inc., through counsel, and pursuant to the Federal Arbitration Act, 9 U.S.C. §1 *et seq.*, hereby stipulate that they have agreed to submit the claims being pursued in this lawsuit to binding arbitration pursuant to Defendant's conflict resolution program called "Solutions" (hereinafter the "Solutions Program"). The parties further stipulate that this lawsuit should therefore be referred to binding arbitration pursuant to the terms and conditions of the Solutions Program and that this lawsuit should be stayed pending a final outcome in arbitration.

**WHEREFORE**, upon agreement of the parties, and pursuant to 9 U.S.C. §1, et seq., it is **ORDERED** that this matter is referred to binding arbitration under Defendant's Solutions Program, and that the lawsuit is stayed pending a final outcome in arbitration. It is further **ORDERED** that six months after the entry of this order, the Plaintiff shall submit a written report regarding the status of the arbitration.

Dated: ~~October __, 2008~~ November 7, 2008

_____
WILLIAM R. WILSON
U.S. DISTRICT COURT JUDGE

**BROCKMAN, NORTON & TAYLOR**

By: _____
Zachary Taylor (BPR No. 78150)

P.O. Box 8967
Pine Bluff, AR  71611-8967
Telephone: (870) 534-2551
Facsimile: (870) 534-1696
Email: bntlawfirm@gmail.com

*Attorney for Plaintiff*

**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**

By: _____ for
Kathlyn Graves (BPR No. 76045 )

Metropolitan Bank Building
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201-3525
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
Email: kgraves@mwsgw.com

Charles B. Lee
**To Be Admitted** *Pro Hac Vice*
**MILLER & MARTIN PLLC**
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee  37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

*Attorneys for Defendant*
*Coca-Cola Enterprises Inc.*